**F I L E D**

*MB*

JAN 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**

SEP 1 3 2007
9-13-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**

SEP 1 4 2007

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*Wendy C. Murphy*

_____

(Name of the plaintiff or plaintiffs)

v. *africa*

*Puertorico*

_____

(Name of the defendant or defendants)

CIVIL ACTION

NO. **07CV5191**

**JUDGE LINDBERG**
**MAG. JUDGE KEYS**

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _*Wendy Murphy C*_ of the county of _*Cook*_ in the state of _*Illinois*_.

3. The defendant is _*Puertorico AFRICA*_, whose street address is _____,

(city)_____ (county)_____ (state)_____ (ZIP)_____

(Defendant's telephone number) ( ___ ) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address) _*Truman college*_ (city)_*Chicago*_

(county)_*COOK*_ (state)_*IL*_ (ZIP code)_____

5. The plaintiff [*check one box*]

   (a) ☑ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.



(c) ☐   was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August, (day)_____, (year) 2005 .

**7.1   _(Choose paragraph 7.1 or 7.2, do not complete both.)_**

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check*

one box]   ☐ *has not*   filed a charge or charges against the defendant
            ☐ *has*

asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)   ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____ .

   (ii)   ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____ .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.   ☐ YES.   ☑ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

      ☐   Yes (month)_____ (day)_____ (year)_____

      ☑   No, did not file Complaint of Employment Discrimination

   2.   The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____ .

   c.   Attached is a copy of the

      a. Complaint of Employment Discrimination,

☐ YES  ☑ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☑ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b)☐ the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which *Notice*

is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a)☐ Age (Age Discrimination Employment Act).

(b)☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for

42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☑ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): they denied me the right to feel comfortable in my own home and they did Bodily harm to me. they did not allow me in college because they discriminated against me, my children suffered to

13. The facts supporting the plaintiff's claim of discrimination are as follows: it took me 17 years to got in college Because they discriminated against me. plus my constant visits to the hospital

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): Pay Back what she has done in cash and Criminal charges

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Wendy C Murphy_

(Plaintiff's name) _Wendy C Murphy_

(Plaintiff's street address) _721 W Belmont Room 127_

(City) _Chicago_ (State) _IL_ (ZIP) _60657_

(Plaintiff's telephone number) (773) – 878-6104

Date: 7-24-07

Complaint-Verified  (This form replaces CCMD-8A)                    CCM N008-150M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Wendy C. Murphy and Family

**Plaintiff(s)**

v.

Puerto Rico and Africa

**Defendant(s)**

No. _____

Contract _In the dying the Lives_

Amount Claimed $ _Everything_

Return Date _____

## COMPLAINT

The Plaintiff(s) claim(s) as follows: The wont let me in school, the wont let me get a job, they wont learn my health good they wont let me HAVE proper social securcity They are trying to get me kicked off of my apartment they stole my kids illegally by taking me to DCFS court they steal all my kids money, and my money too, they are using interogation torturing police devices on me, they are arguing, and threatening me all day everyday, They are making me physically sick everyday

I, _WENDY C Murphy_ , certify that I am the _____
   (Name)                                                                              (Name of Attorney if applicable)

plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____        Pro Se  99500

Atty. (or Pro Se Plaintiff)

Name: _Wendy C Murphy_

Address: _1316 Belmont_

City/State/Zip: _Chicago, IL, 60657_

Telephone: _Abbott Hotel (Room 12)_

Dated: _6-18-07_ ,

_Wendy C. Murphy_
   Signature

☐  Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

2120 - Served   2220 - Not Served   2620 - Sec. of State
2121 - Alias Served   2221 - Alias Not Served   2621 - Alias Sec. of State
Summons (This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6)   CCM N649-100M-2/03/06 (_____)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## _____ MUNICIPAL DISTRICT

Name All Parties

*Wendy C. Murphy and Family*

**Plaintiff(s)**

v.

*Puerto Rico and Fabian*

**Defendant(s)**

_____
Address of Defendant(s)T

Case No: _____

Amount Claimed: $ _____

Appearance-Filing/Return Date: _____

Status Date: _____

Trial Date: _____

Time: *12:40*   Room: _____

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077   ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on _____, _____, between the hours of 8:30 a.m. and 2:30 p.m.;

☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008   ☐ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428

on _____, _____, before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: *PRO*

Name: *WENDY MURPHY*

Atty. for: _____

Address: *731 W. Belmont Ave #H*

City/State/Zip: *Chicago IL 60657*

Telephone: *Alicott Hotel room 129*

WITNESS, _____

**DOROTHY BROWN, Circuit Court Clerk**

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

SEE REVERSE SIDE

** Service by Facsimile Transmission will be accepted at: _____
(Area Code)   (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Complaint-Verified  (This form replaces CCMD-8A)          CCM N008-150M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Wesly C. Murphy and Family
**Plaintiff(s)**

v.

Puerto Rico and Africa
**Defendant(s)**

No. _____

Contract _Including the lives_

Amount Claimed $ _Everything_

Return Date _____

## COMPLAINT

The Plaintiff(s) claim(s) as follows: They won't let me in school, thee won't let me get a job, they won't leave my health good, they won't let me HAVE proper social security, the police trying to get me kicked off of my apartment, they stole my kids illegally by taking me to DCFS court, they spent all my kids money, and my money too, they are doing interrogation on me and these devices on me they are pushing and threatening me all day every day they are making me physically sick everyone

I, WENDY C Murphy , certify that I am the _____
 (Name)                                        (Name of Attorney if applicable)
plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____          Pro Se  99500

Atty. (or Pro Se Plaintiff)

Name: Wendy C Murphy

Address: _____ Belmont _____

City/State/Zip: _____

Telephone: _____

Dated: _____

_____
 Signature

☐  Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**